No. 99–9748.  TURNER *v.* CAMPBELL.  Ct. App. Tenn.  Certiorari denied.

No. 99–9750.  WILLIAMS *v.* OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 99–9751.  FRAZIER *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 99–9753.  STEVENSON *v.* SUGGS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9754.  CARTER *v.* LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 99–9755.  BJORKLUND *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 99–9756.  ATTIA *v.* SOCIETY OF NEW YORK HOSPITAL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–9760.  YONG-HO HAN *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–9761.  FOX *v.* STOTTS.  C. A. 10th Cir.  Certiorari denied.

No. 99–9763.  MURRAY *v.* CANAL INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 99–9766.  MULDER *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 99–9767.  MORGAN *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9771.  GOEN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 99–9773.  ENGLISH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.